# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MICHAEL J. DOWNS  
113 JAMES CIRCLE SE  
POPLAR GROVE, IL  61065  

SSN-xxx-xx-1696

Case Number: 07-72616

Case filed on: 10/26/2007  
Plan Confirmed on: 3/14/2008

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $28,010.22

Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| 999 | MICHAEL J. DOWNS | 0.00 | 0.00 | 2,071.45 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 2,071.45 | 0.00 |
| 001 | ILLINOIS TITLE LOANS, INC | 2,832.14 | 2,000.00 | 2,000.00 | 202.32 |
| 002 | SAXON MORTGAGE SERVICES INC | 3,250.63 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 6,082.77 | 2,000.00 | 2,000.00 | 202.32 |
| 001 | ILLINOIS TITLE LOANS, INC | 0.00 | 832.14 | 832.14 | 36.01 |
| 003 | COMED CO | 549.28 | 549.28 | 549.28 | 23.79 |
| 004 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | NICOR GAS | 485.36 | 485.36 | 485.36 | 21.06 |
| 006 | POPLAR GROVE STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ROCKFORD MERCANTILE AGENCY INC | 15,609.46 | 15,609.46 | 15,609.46 | 676.39 |
| 008 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ANTHONY DOWNS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 16,644.10 | 17,476.24 | 17,476.24 | 757.25 |
|  | Grand Total: | 26,226.87 | 22,976.24 | 25,047.69 | 959.57 |

Total Paid Claimant:     $26,007.26  
Trustee Allowance:        $2,002.96  
Percent Paid Unsecured:      100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009          By  /s/Heather M. Fagan